No. 73–841.  HOLDER, U. S. DISTRICT JUDGE v. BANKS.  C. A. 7th Cir.  [Certiorari granted, 414 U. S. 1156.]  Motion of petitioner to dispense with printing appendix

and to proceed on original record granted. Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner for divided argument denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.